JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON D. BROWN, | Case No. 5:21-cv-02111-RGK (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 20, 2022

_____
R. GARY KLAUSNER
United States District Judge